*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

Stephanie H. Moore

(Enter full name of each Plaintiff, above)

vs.

Target Logistics Management

(Enter full name of each Defendant, above)

Civil Case No. 1:19-CV-101
(To be assigned by Clerk of Court)

JURY TRIAL DEMANDED ☐ Yes ☑ No
(Check one)

## COMPLAINT

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions).

The grounds for filing this case in Federal Court are race and sex (gender) discrimination of the Equal Pay Act (EPA) of 1963.

These violations occurred at Stanley Hotel a subsidiary of Target Logistics Management 913 4th St SW, Stanley, ND 58784.

The violations occurred between August 2013-September 2017.

**II. PLAINTIFF.** For each Plaintiff list: name and address including City, County and State.

Stephanie H. Moore
1661 Lasca Road
Thomasville, AL 36784
Marengo County

**III. DEFENDANT.** For each Defendant list: name and address including City, County and State.

Target Logistics Management
Dba Stanley Hotel
913 4th St SW
Stanley, ND 58784
Mountrail County

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary.

Hourly Pay plus Overtime was not equal to what others were paid, men and non-African Americans.

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings.

My claim was heard by: U.S. Equal Employment Opportunity Commission.
Type of proceedings: Dismissal and Notice of Rights.
Date: April 8, 2019.
Place: Chicago District Office, 500 West Madison St., Suite 2000, Chicago, IL 60661.
Outcome: The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

**VI. RELIEF.** State what you want the Court to do for you.

I wish to be granted all back pay between August 2013-September 2017 for Hourly wages, Overtime and Attorney fees.

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this _4TH_ day of _June_, 2_019_.

_Stephanie H. Moore_
Signature of Plaintiff

_STEPHANIE H. MOORE_
Printed Name of Plaintiff

_1661 Lasca Road_
Mailing Address

_Thomasville, AL 36784_
City, State, Zip Code

_954-394-1979_
Telephone Number of Plaintiff

Signature of Plaintiff

Printed Name of Plaintiff

Mailing Address

City, State, Zip Code

Telephone Number of Plaintiff

4