# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Stephanie H. Moore, | ) | |
| | ) | **ORDER FOR STATUS CONFERENCE** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Target Logistics Management, | ) | Case No. 1:19-cv-101 |
| | ) | |
| Defendant. | ) | |

A status conference will be held before the magistrate judge on September 1, 2020, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 27th day of April, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court